| U.S. Department of Justice<br>Washington, D.C. | Criminal Docket **SEALED**<br>Presented in Victoria |
|---|---|

| CORPUS CHRISTI Division | |
|---|---|
| Magistrate No.: | N/A |
| File: | INDICTMENT |
| Filed: | June 18, 2015 |
| County: | Nueces |
| LIONS #: | 2015R05813 |

CR. No.: **C - 15 - 529**

Judge: **JUDGE NELVA GONZALES RAMOS**

United States of America

v.

CARLOS MORALES

JOSE MANUEL ESQUIVEL

HEATHER BRITTANY MILLS

DIANE LOVELEA MILLS

KENNETH MAGIDSON, U.S. ATTORNEY
JEFFREY S. MILLER, ASST. U.S. ATTORNEY
**GRAND JURY ACTION**

TRUE BILL: _____

NO BILL: _____

PLEASE INITIAL _____

Charge(s):
Ct. 1: (All Defendants) Did knowingly and intentionally conspire to possess with intent to distribute approximately 921.39 grams of a mixture or substance containing a detectable amount of methamphetamine:   21 USC 846, 841(a)(1), and 841(b)(1)(A).
Ct. 2: (Defendants 1 & 2) Did knowingly and intentionally possess with intent to distribute approximately 13.59 grams of a mixture or substance containing a detectable amount of methamphetamine:   21 USC 841(a)(1) and 841(b)(1)(C), and 18 USC 2.
Ct. 3: (Defendants 1 & 2) Did knowingly and intentionally possess with intent to distribute approximately 2.91 grams of a mixture or substance containing a detectable amount of methamphetamine:   21 USC 841(a)(1) and 841(b)(1)(C), and 18 USC 2.
Ct. 4: (Defendants 1 & 2) Did knowingly and intentionally possess with intent to distribute approximately 5.18 grams of a mixture or substance containing a detectable amount of methamphetamine:   21 USC 841(a)(1) and 841(b)(1)(C), and 18 USC 2.
Ct. 5: (Defendants 1 & 4) Did knowingly and intentionally possess with intent to distribute approximately 3.03 grams of a mixture or substance containing a detectable amount of methamphetamine:   21 USC 841(a)(1) and 841(b)(1)(C), and 18 USC 2.
Ct. 6: (Defendants 1 & 4) Did knowingly and intentionally possess with intent to distribute approximately 4.44 grams of a mixture or substance containing a detectable amount of methamphetamine:   21 USC 841(a)(1) and 841(b)(1)(C), and 18 USC 2.
Ct. 7: (Defendants 1, 3 & 4) Did knowingly and intentionally possess with intent to distribute approximately 452.42 grams of a mixture or substance containing a detectable amount of methamphetamine:   21 USC 841(a)(1) and 841(b)(1)(B), and 18 USC 2.

|  |  |
|---|---|
| | Ct. 8: (Defendants 1, 3 & 4) Did knowingly and intentionally possess with intent to distribute approximately 439.82 grams of a mixture or substance containing a detectable amount of methamphetamine:   21 USC 841(a)(1) and 841(b)(1)(B), and 18 USC 2. |
| Total Charges (8) | |
| Penalty: | Ct. 1: Not less than 10 years or more than life imprisonment without probation, parole or a suspended sentence, or a fine not to exceed $10 million, or both; at least 5 years SRT; and, a $100 Special Assessment.<br>Cts. 2-6: Not more than 20 years imprisonment, or a fine not to exceed $1,000,000, or both; at least 3 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court.<br>Cts. 7-8: Not less than 5 years and not more than 40 years imprisonment without probation, parole, or a suspended sentence, or a fine not to exceed $5 million, or both; at least 4 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court. |
| In Jail: | |
| On Bond: | |
| No Arrest: | Motion for Arrest Warrant to be filed for all defendants |